Decided September 18, 1996

STATE OF CONNECTICUT *v.* VENTURA REY

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 903 (AC 14828), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Mark Rademacher,* assistant public defender, in support of the petition.

*Denise B. Smoker*, deputy assistant state's attorney, in opposition.

Decided September 18, 1996